IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA           :
                                   :
          v.                       :
                                   :
ROOSEVELT DEMARCUS WILLIAMS        :   1:09CR272-1
TERRELL BARTEL ANTHONY MILLER      :   1:09CR272-2

The Grand Jury charges:

COUNT ONE

From in or about September, 2008, continuing up to and including October 8, 2008, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, ROOSEVELT DEMARCUS WILLIAMS and TERRELL BARTEL ANTHONY MILLER knowingly and intentionally used and maintained a place, that is, a residence located at 646 Wesley Drive, High Point, North Carolina, permanently and temporarily, for the purpose of manufacturing, distributing, and using controlled substances, that is, cocaine hydrochloride, marijuana and 3, 4-methylenedioxymethamphetamine (MDMA), all controlled substances within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

COUNT TWO

On or about October 8, 2008, in the County of Guilford, in the Middle District of North Carolina, ROOSEVELT DEMARCUS WILLIAMS willfully, knowingly and intentionally did unlawfully possess with intent to distribute 114.5 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride,

a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT THREE

On or about October 8, 2008, in the County of Guilford, in the Middle District of North Carolina, ROOSEVELT DEMARCUS WILLIAMS, in furtherance of drug trafficking crimes for which he could be prosecuted in a court of the United States, that is, maintaining drug-involved premises, in violation of Title 21, United States Code, Section 856(a)(1), and possession with intent to distribute cocaine hydrochloride, in violation of Title 21, United States Codes, Section 841(a)(1), did knowingly possess firearms, that is, a Hi-Point 9mm rifle, model 995, serial number B63564; a Smith & Wesson .357 caliber revolver, model 65, serial number 1D14472; an F.I.E. .38 caliber handgun, model D38, serial number 021209; a Colt .380 caliber semiautomatic handgun, model Government MKIV, serial number RC38638; a Harrington and Richardson 20 gauge shotgun, model Topper 158, serial number AM217906; and a Smith & Wesson .38 caliber revolver, model 60, serial number R139315; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT FOUR

On or about October 8, 2008, in the County of Guilford, in the Middle District of North Carolina, ROOSEVELT DEMARCUS WILLIAMS, having been convicted on May 27, 2004, in the Superior Court of Guilford County, High Point, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, that is, felony

possession of cocaine, and having been convicted on September 4, 1996, in the Superior Court of Guilford County, High Point, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, that is, possession of a weapon of mass destruction, knowingly did possess in commerce and affecting commerce firearms, that is, a Hi-Point 9mm rifle, model 995, serial number B63564; a Smith & Wesson .357 caliber revolver, model 65, serial number 1D14472; an F.I.E. .38 caliber handgun, model D38, serial number 021209; a Colt .380 caliber semiautomatic handgun, model Government MKIV, serial number RC38638; a Harrington and Richardson 20 gauge shotgun, model Topper 158, serial number AM217906; and a Smith & Wesson .38 caliber revolver, model 60, serial number R139315; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT FIVE

On or about October 8, 2008, in the County of Guilford, in the Middle District of North Carolina, TERRELL BARTEL ANTHONY MILLER knowingly possessed a firearm, that is, a weapon made from a Maverick Arms 12 gauge shotgun, model 88, serial number MV65479G, with a barrel length of less than 18 inches and an overall length of less than 26 inches, which had not been registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

COUNT SIX

On or about October 8, 2008, in the County of Guilford, in the Middle District of North Carolina, TERRELL BARTEL ANTHONY MILLER, having been convicted on August 4, 2005, in the Superior Court of Forsyth County, Winston-Salem, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, that is, possession with intent to sell and deliver marijuana, knowingly did possess in commerce and affecting commerce a firearm, that is, a Maverick Arms 12 gauge shotgun, model 88, serial number MV65479G; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT SEVEN

On or about October 8, 2008, in the County of Guilford, in the Middle District of North Carolina, TERRELL BARTEL ANTHONY MILLER, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Department of Justice, Federal Bureau of Investigation and Bureau of Alcohol, Tobacco, Firearms and Explosives, did knowingly and willfully make a false, fraudulent and fictitious material statement in that TERRELL BARTEL ANTHONY MILLER, in an interview with federal law enforcement officials stated that he had not observed any narcotics or weapons during his time staying at 646 Wesley Drive, High Point, North Carolina, when in truth and in fact as TERRELL BARTEL ANTHONY MILLER then well knew, he had observed narcotics and weapons during his time staying at 646 Wesley Drive,

High Point, North Carolina; in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:


_____
FOREPERSON


_____
RANDALL S. GALYON
ASSISTANT UNITED STATES ATTORNEY


_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY