Terrell Miller
South Maple ST
Alamance County Jail
Graham NC, 27253

UNITED STATES DISTRICT COURT
For The
MIDDLE DISTRICT OF North Carolina

FILED
APR 1 4 2010
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 1:09CR272-2 |
| PLAINTIFF, ) | |
| vs ) | NOTICE OF APPEAL |
| ) | |
| TERRELL BARTEL ANTHONY Miller ) | |
| DEFENDANT, ) | |

COMES NOW The Defendant, Terrell Bartel Anthony Miller, Pro Se, and hereby gives Notice of Appeal from The judgement and Sentence Imposed by This Court on March 28, 2010.

Respectfully Submitted This 28Th day of March, 2010

*Terrell Miller*
Terrell Miller

Copy mailed This 28Th day of March, 2010 To each of The following:

| | |
|---|---|
| ASSISTANT UNITED STATES ATTORNEY ) | ATTORNEY AT LAW |
| Randall S. Galyon ) | Corey D. Buggs |
| 251 N. Main Street, Suite 726 ) | 418 WEST 5Th Avenue |
| WINSTON-Salem NC 27101 ) | Lexington, NC 27292 |